No. 81–1937.   BOOTH ET AL. *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 81–1952.   ROWE *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 81–1957.   PENA *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 81–1981.   COTTON BELT INSURANCE CO., INC., ET AL. *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–6078.   TAYLOR *v.* MINNEAPOLIS PUBLIC SCHOOLS ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 81–6090.   SMITH *v.* HOUSEWRIGHT, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 81–6126.   VANCE *v.* HEDRICK ET AL.   C. A. 4th Cir. Certiorari denied.

No. 81–6222.   JACKSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–6249.   CULHANE *v.* HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir. Certiorari denied.

No. 81–6258.   CANTRELL *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–6329.   WOOTON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–6344.   GIBSON *v.* UNITED STATES;
No. 81–6373.   WILLIAMS *v.* UNITED STATES; and
No. 81–6379.   HASTING *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Reported below: 660 F. 2d 301.